**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: LIZAK, LUCIA                                                            Case No. 08-34773
_____,                             Chapter   7
                    Debtor

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   DEBORAH K. EBNER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $1,750.00            Assets Exempt: $4,550.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,092.81     Claims Discharged
                                               Without Payment: $6,971.00

Total Expenses of Administration: $1,725.00

---

   3) Total gross receipts of $ 85,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 80,182.19 (see **Exhibit 2**), yielded net receipts of $4,817.81 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $297,655.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,725.00 | 1,725.00 | 1,725.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 8,971.00 | 3,092.81 | 3,092.81 | 3,092.81 |
| **TOTAL DISBURSEMENTS** | $306,626.00 | $4,817.81 | $4,817.81 | $4,817.81 |

4) This case was originally filed under Chapter 7 on December 19, 2008. The case was pending for 45 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/22/2012          By: /s/DEBORAH K. EBNER
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Potential recovery from wrongful death action st | 1129-000 | 85,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$85,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Lizak, Lucia | Dividend paid 100.00% on $80,182.19; Claim# EXEMPT; Filed: $80,182.19; Reference: | 8100-002 | 80,182.19 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$80,182.19** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | BANK OF AMERICA | 4110-000 | 259,000.00 | N/A | N/A | 0.00 |
| NOTFILED | CARMAX AUTO FINANCE | 4110-000 | 7,655.00 | N/A | N/A | 0.00 |
| NOTFILED | BANK OF AMERICA | 4110-000 | 31,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$297,655.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER | 2100-000 | N/A | 1,700.00 | 1,700.00 | 1,700.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,725.00 | $1,725.00 | $1,725.00 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Air Angels | 7100-000 | N/A | 986.10 | 986.10 | 986.10 |
| 2 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | 2,000.00 | 2,106.71 | 2,106.71 | 2,106.71 |
| NOTFILED | Farmers Insurance | 7100-000 | 4,005.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 2,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Dryer Medical Clinic | 7100-000 | 166.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $8,971.00 | $3,092.81 | $3,092.81 | $3,092.81 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-34773  
**Case Name:** LIZAK, LUCIA  

**Period Ending:** 09/22/12

**Trustee:** (330480) DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 12/19/08 (f)  
**§341(a) Meeting Date:** 01/22/09  
**Claims Bar Date:** 04/24/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Residence: 3036 Iron Leige Lane, Montgomery, 605 | 265,000.00 | 0.00 | | 0.00 | FA |
| 2 | Checking W/ West Suburban Bank | 1,300.00 | 0.00 | | 0.00 | FA |
| 3 | Checking W/ TCF Bank | 150.00 | 0.00 | | 0.00 | FA |
| 4 | Misc. Household Goods & Furnshings | 1,000.00 | 0.00 | | 0.00 | FA |
| 5 | Misc. Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 6 | 401(k) | 1,800.00 | 0.00 | | 0.00 | FA |
| 7 | Vehicle:1999 Honda Accord (130,000 Miles) | 1,750.00 | 0.00 | DA | 0.00 | FA |
| 8 | Checking W/ West Suburban Bank   DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 9 | Checking W/ TCF Bank   DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 10 | Misc. Household Goods & Furnshings   DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 11 | Misc. Wearing Apparel   DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 12 | 401(k)   DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 13 | Potential recovery from wrongful death action st | Unknown | Unknown | | 85,000.00 | FA |
| 14 | Vehicle:1999 Honda Accord (130,000 Miles)   DUPLICATE ASSET | 0.00 | 0.00 | | 0.00 | 0.00 |
| 14 | Assets    Totals (Excluding unknown values) | $271,300.00 | $0.00 | | $85,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

Atty Dennis Kellogg accepted wrongful death case for debtor arising because of death of her husband. (He was killed by an auto while he was walking across the street). Mr. Kellogg will keep me advised of status. State court suit settled & settlement approved by bankruptcy court. Jan. 2012.  Case closing in process.

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-34773  
**Case Name:** LIZAK, LUCIA  
**Period Ending:** 09/22/12

**Trustee:** (330480) DEBORAH K. EBNER  
**Filed (f) or Converted (c):** 12/19/08 (f)  
**§341(a) Meeting Date:** 01/22/09  
**Claims Bar Date:** 04/24/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2015  
**Current Projected Date Of Final Report (TFR):** May 13, 2012 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 08-34773  
**Case Name:** LIZAK, LUCIA  
**Taxpayer ID #:** **-***3904  
**Period Ending:** 09/22/12  

**Trustee:** DEBORAH K. EBNER (330480)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******54-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/22/12 | {13} | Lizak, Lucia/ Society Insrance | settlement | 1129-000 | 15,000.00 | | 15,000.00 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 14,975.00 |
| 03/22/12 | {13} | Farmers Insurance | balance of settlement | 1129-000 | 70,000.00 | | 84,975.00 |
| 08/01/12 | 101 | Lizak, Lucia | Dividend paid 100.00% on $80,182.19; Claim# EXEMPT; Filed: $80,182.19; Reference: | 8100-002 | | 80,182.19 | 4,792.81 |
| 08/01/12 | 102 | DEBORAH K. EBNER | Dividend paid 100.00% on $1,700.00, Trustee Compensation;  Reference: | 2100-000 | | 1,700.00 | 3,092.81 |
| 08/01/12 | 103 | Air Angels | Dividend paid 100.00% on $986.10; Claim# 1; Filed: $986.10; Reference: | 7100-000 | | 986.10 | 2,106.71 |
| 08/01/12 | 104 | FIA CARD SERVICES, NA/BANK OF AMERICA | Dividend paid 100.00% on $2,106.71; Claim# 2; Filed: $2,106.71; Reference: | 7100-000 | | 2,106.71 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 85,000.00 | 85,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 85,000.00 | 85,000.00 | |
| Less: Payments to Debtors | | 80,182.19 | |
| **NET Receipts / Disbursements** | **$85,000.00** | **$4,817.81** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******54-66 | 85,000.00 | 4,817.81 | 0.00 |
| | $85,000.00 | $4,817.81 | $0.00 |